# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

     Plaintiff,

  v.                             No. 16-CV-01146-RB-CG
                                   No. 06-CR-01795-RB

STEVIE N. JACKSON,

     Defendant.

## **FINAL JUDGMENT**

     Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Memorandum Opinion and Order of Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this case,

     **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that this civil proceeding is dismissed for lack of jurisdiction.

                               _____
                               UNITED STATES DISTRICT JUDGE